UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RECKO M. ELLIS,

     Plaintiff,

v.                            CASE NO. 6:07-cv-1166-Orl-19UAM

OFFICER V. RODRIGUEZ, et al.,

     Defendants.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 23, 2007, the Court dismissed Plaintiff's second amended complaint without prejudice and gave him one final opportunity to file an amended complaint. *See* Doc. No. 17.   It has been over thirty days, and Plaintiff has failed to file a new amended complaint.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1.      This case is hereby **DISMISSED** without prejudice.

2.      All pending motions are **DENIED** as moot.

3.      The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this __28th__ day of November, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 11/28
Recko M. Ellis